IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Price, Melissan J

Printed: 01/06/09

Case Number: 06 B 07482
Judge: Hollis, Pamela S
Filed: 6/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: August 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,785.00 |  |
| Secured: |  | 10,560.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,475.25 |
| Trustee Fee: |  | 748.76 |
| Other Funds: |  | 0.00 |
| Totals: | 13,785.00 | 13,785.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,475.25 | 2,475.25 |
| 2. | Wells Fargo Fin Acceptance | Secured | 31,174.66 | 10,560.99 |
| 3. | Sir Finance Corporation | Unsecured | 117.60 | 0.00 |
| 4. | National Capital Management | Unsecured | 43.60 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 39.99 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,533.81 | 0.00 |
| 7. | Merrick Bank | Unsecured | 136.63 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 11.50 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 125.20 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 312.61 | 0.00 |
| 11. | Macneal Hospital | Unsecured | 30.00 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 292.56 | 0.00 |
| 13. | Blair | Unsecured |  | No Claim Filed |
| 14. | Amo Recoveries | Unsecured |  | No Claim Filed |
| 15. | Apple Credit Bank | Unsecured |  | No Claim Filed |
| 16. | Apple Credit Bank | Unsecured |  | No Claim Filed |
| 17. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 18. | Fall Collection Service | Unsecured |  | No Claim Filed |
| 19. | Truelogic Financial Corp | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Providian | Unsecured |  | No Claim Filed |
| 24. | Alliance One | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,293.41 | $ 13,036.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Price, Melissan J

Printed: 01/06/09

Case Number:  06 B 07482
Judge:  Hollis, Pamela S
Filed:  6/26/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 10.53 |
| 4.8% | 155.06 |
| 5.4% | 439.53 |
| 6.5% | 122.85 |
| 6.6% | 20.79 |
|  | $ 748.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

